## RATTNER v. KLEIMAN et al.
### No. 8802.

Court of Civil Appeals of Texas. San Antonio.

April 6, 1932.

See, also, 36 S.W.(2d) 249.

Galbraith & Goodrich, of Brownsville, for plaintiff in error.

John C. Myrick, of Harlingen, for defendants in error.

COBBS, J.

The record and statement of facts only were filed in this case, and neither party filed briefs.

We have examined the record for fundamental error, but find none that should cause a reversal; hence, in the absence of briefs of either party, we find it our duty to affirm the judgment of the court, which we do.

The judgment is affirmed.